UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
RICHARD D. BOSTWICK,     )
     Plaintiff,          )
                         )
      v.                 )    CIVIL ACTION
                         )    NO. 09-11005-DPW
                         )
SOVEREIGN BANK, et al.,  )
     Defendants.         )
```

## ORDER OF REMAND

WOODLOCK, District Judge

In accordance with this Court's ruling on August 14, 2009, made in open court and reflected in the stenographer's notes, allowing the Plaintiff's Motion to Remand, it is hereby ORDERED that the above captioned matter is REMANDED to Middlesex County Superior Court of the Commonwealth of Massachusetts.

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: August 14, 2009